IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RUFUS McNEELY,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>**E. REYES,**<br><br>　　　　　　　　　　　Defendant. | Case No. 2:20-cv-02551 EFB<br><br>**[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION** |

　　　Defendant E. Reyes has moved for a sixty-day extension of time, through July 27, 2021, to file and serve a dispositive motion concerning Plaintiff's complaint. The Court has read and considered Defendant's motion to change time and the accompanying declaration of counsel and, good cause appearing, Defendant's requested extension of time is GRANTED. The time in which Defendant may file a dispositive motion is extended through July 27, 2021.

　　　Plaintiff's opposition to Defendant's dispositive motion shall be filed with the Court and served on Defendant no later than thirty days from the date Defendant's motion is filed.

//

//

Defendant's reply brief shall be filed no later than fifteen days after Plaintiff's opposition is filed on the Court's electronic filing system. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion unless the Court so orders at a later date.

IT IS SO ORDERED.

Dated: June 1, 2021

_____
The Honorable Edmund F. Brennan